UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michelle Case, et al,

            Plaintiff(s),                      Case No.  11-14298

v.                                              Judge Paul D. Borman

Maura Corrigan,

            Defendant(s).

_____/

## NOTICE OF ERROR DIRECTED TO
## Jacqueline Doig

Document number __1__, filed on __9/30/2011__ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case.  Document was stricken and must be refiled.

☐ Wrong or incomplete PDF image was uploaded.  Document was stricken and must be refiled.

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion.  Document was stricken.  Separate documents must be refiled.

☐ Document is a response or objection to a presentence report or a criminal witness list.  Document was stricken.

☐ Document is discovery or a disclosure under Fed. R. Civ. P. 26(a)(1), or a certificate of service thereof.  Document was stricken.

☐ PDF image contains an advertisement.  Document was stricken and must be refiled.

☑ Parties listed on the initiating document were omitted. Use docket event Addition of Parties to correct.

☐ Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

### Certificate of Service

I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

Date: September 30, 2011                  By: s/ T McGovern
                                                        Deputy Clerk