UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE KELLY, *et al.*,

    Plaintiffs,

v.

MAURA CORRIGAN,

    Defendant.
_____/

Case No. 11-14298

Paul D. Borman
United States District Judge

Michael Hluchaniuk
United States Magistrate Judge

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE HLUCHANIUK'S JUNE 28, 2012 REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS (ECF NO. 33)

This matter is before the Court on Magistrate Judge Michael Hluchaniuk's June 28, 2012 Report and Recommendation: Plaintiff's Motion for Attorney Fees and Costs. (ECF No. 33.) Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation, GRANTS IN PART Plaintiff's Motion for Attorney Fees and Costs (ECF No. 25) and AWARDS Plaintiff fees and costs in the amount of $30,211.27.

IT IS SO ORDERED.

                                                            Paul D. Borman
                                                            United States District Judge

Dated: 8-20-12